In the Matter of the Transfer Tax upon the Estate of ADELE BOLTON, Deceased.

JAMES R. BOLTON et al., as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Bolton*, 157 App. Div. 935, affirmed.
(Submitted February 23, 1914; decided March 10, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 20, 1913, which affirmed an order of the Westchester County Surrogate's Court assessing a transfer tax upon the estate of Adele Bolton, deceased.

*J. Addison Young* for appellants.

*Winfield L. Morse* and *John J. Sinnott* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.